# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

D-1  ZINA THOMAS,
      a/k/a ZINA MORGAN,
D-2  JONTAE JACKSON,

      Defendants.

_____/

Case: 2:25−cr−20649
Assigned To : White, Robert J.
Referral Judge: Grand, David R.
Assign. Date : 8/26/2025
Description: INFO USA V. THOMAS ET AL (NA)

Violations: 18 U.S.C. § 666

      Federal Program Bribery

18 U.S.C. § 371
Conspiracy

18 U.S.C. § 1028A
Aggravated
Identity Theft

## INFORMATION

The United States Attorney charges:

## GENERAL ALLEGATIONS

At all times relevant to this Information:

1.     Defendant Zina Thomas, a/k/a Zina Morgan, was a resident of Detroit, Michigan, and employed as the Director of Home Ownership Programs for the United Community Housing Coalition (UCHC).

1

2.      Defendant Jontae Jackson was a resident of Detroit, Michigan, and was employed by the Wayne County, Michigan Treasurer's Office as a taxpayer assistant.

3.      Around and between November 2022 and March 2023, Thomas and Jackson had a conversation about removing properties from the tax foreclosure list. The two discussed a plan to make money on removed properties.

4.      In early 2023, Thomas and Jackson agreed to identify particular properties for possible removal from the tax foreclosure list and Thomas would pay Jackson for each property removed and later sold.

5.      Over the course of several months, Thomas and Jackson identified numerous properties for possible removal from the tax foreclosure list. Jackson researched the properties in the Wayne County Property Tax Administration (PTA) System to determine if the properties could be removed from the tax forfeiture list, subject to documentation showing they were "owner occupied." If eligible for such removal, Jackson would tell Thomas.

6.      To show that the property was "owner occupied" and eligible for a tax debt payment plan in lieu of foreclosure, Thomas would obtain and prepare fraudulent documentation, including quitclaim deeds and driver's licenses, often with the assistance of other coconspirators. Thomas would then email fraudulent residency documentation to Jackson at the Wayne County, Michigan Treasurer's Office.

7.      Jackson would download the fraudulent documents, make a fraudulent entry in the PTA System, and remove the property from the tax forfeiture list. After Jackson removed the property from the tax forfeiture list, Thomas fraudulently sold or transferred the properties from the homeowners, without their authority, to others via forged quitclaim deeds.

8.      In some instances, Jackson knew that the quitclaim deeds and driver's licenses Thomas sent Jackson were fraudulent and included another person's means of identification (e.g., a legal name or date of birth). In those instances, Jackson also knew that Thomas's use of the other person's means of identification in the fraudulent documentation was done without the person's consent or lawful authority.

9.     Consistent with their agreement, from approximately March 2023 through September 2023, Thomas gave, offered, and agreed to give multiple bribe payments to Jackson, and Jackson solicited, demanded, accepted, and agreed to accept multiple bribe payments in exchange for Jackson removing a number of properties from tax foreclosure status. The value of these properties was greater than $5,000.

10.     In furtherance of the bribery scheme, Thomas sent Jackson (and Jackson received) approximately $17,950 in bribe payments.

## COUNT ONE
(18 U.S.C. §666(a)(2) –Federal Program Bribery)

**D-1  ZINA THOMAS,**
**a/k/a ZINA MORGAN,**

11.     The allegations set for in paragraphs 1 through 10 are re-alleged and incorporated by reference as though fully set forth herein.

12.     At all times material to this Information, Wayne County, Michigan, was a local government agency which received more than $10,000 in federal assistance in a one-year period between September 2022 and September 2023.

13.     Defendant Jontae Jackson was an agent of Wayne County, Michigan government by way of her employment with the Wayne

County Treasurer's Office. In her position as taxpayer assistant, Jackson had the authority to remove properties from the tax foreclosure list within the Wayne County PTA System.

14.     On a variety of dates between March 2023 and September 2023, in the District of Michigan, Defendant Zina Thomas did corruptly give, offer, and agree to give a thing of value to Jackson, intending to influence and reward Jackson in connection with a transaction and series of transactions of involving $5,000 or more. Namely, in exchange for approximately $17,950 in bribe payments from Thomas, Jackson agreed to remove a number of valuable properties from tax foreclosure status, making them available for Thomas to fraudulently re-deed and attempt to sell or otherwise transfer the properties to third parties.

### COUNT TWO
(18 U.S.C. § 371 – Conspiracy to
Commit Federal Program Bribery)

**D-2   JONTAE JACKSON**

15.     The allegations set for in paragraphs 1 through 14 are re-alleged and incorporated by reference as though fully set forth herein.

## The Conspiracy

16.     From in or about November 2022 through in or about September 2023, in the Eastern District of Michigan and elsewhere, defendants Zina Thomas and Jontae Jackson, and others known and unknown, did knowingly and unlawfully conspire, confederate, and agree together and with each other to commit the following offense against the United States:

   a. for Thomas, to directly and indirectly, corruptly give, offer, and promise anything of value to Jackson, a public official, to influence an official act and to induce such public official to do and omit to do any act in violation of her lawful and official duty in connection with a transaction and series of transactions of the Wayne County, Michigan Treasurer's Office involving $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(2); and

   b. for Jackson, being a public official, to corruptly solicit, demand, accept and agree to accept a thing of value from Thomas or another person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the

Wayne County, Michigan Treasurer's Office involving $5,000 or more, in violation of Title 18, United States Code, Section 666(a)(1)(B).

## Purpose of the Conspiracy

17.    It was a purpose of the conspiracy for Thomas, Jackson, and others to enrich themselves by paying money to Jackson in exchange for Jackson's assistance in removing properties from the Wayne County, Michigan tax foreclosure list so that such properties could be sold and transferred to others.

## Manner and Means

18.    The conspiracy was carried out through the following manner and means, among others:

a. Thomas, Jackson, and others identified particular properties for possible removal from the tax foreclosure list.

b. Jackson researched the properties in the PTA System to determine if the properties could be removed from the tax forfeiture list, subject to documentation showing they were "owner occupied."

c. Thomas, aided and abetted by others, supplied fraudulent

documentation to Jackson that Jackson then downloaded to the

PTA System, enabling Jackson to remove properties from the

tax forfeiture list.

d. Thomas and others paid Jackson for each property Jackson

removed from the tax foreclosure list that Thomas was later

able to sell or transfer to another person or entity.

**Overt Acts**

19.    In furtherance of the conspiracy and to effect its objects and

purposes, the following overt acts, among others, were committed in the

Eastern District of Michigan, and elsewhere:

20.    In April 2023, Thomas emailed Jackson at Jackson's Wayne

County Treasurer's Office account a copy of a counterfeit driver's license

purportedly issued in the legal name of another person without that

person's lawful authority in relation to a property on the tax forfeiture

list located on Montgomery Street in Detroit, Michigan.

21.    On or around April 18, 2023, Jackson downloaded the

fraudulent documentation and entered a note into the PTA System,

requesting that the property located on Montgomery Street in Detroit, Michigan, be removed from the foreclosure list.

All in violation of Title 18 United States Code, Section 371.

## COUNT THREE
(18 U.S.C. § 1028A – Aggravated Identity Theft)

### D-2   JONTAE JACKSON

22.    The allegations set for in paragraphs 1 through 15 are re-alleged and incorporated by reference as though fully set forth herein.

23.    On or about April 18, 2023, in the Eastern District of Michigan, defendant Jontae Jackson knowingly possessed and used without lawful authority, the name of another person, victim A. P., during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely, conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349, knowing that the means of identification belonged to another person and that she was not authorized to use that identifying information.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –
*Criminal Forfeiture*)

24.    The general allegations and Counts One and Two of this Information are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

25.    Upon being convicted of the offenses in violation of Title 18, United States Code, Sections 666 and 371, the defendants shall forfeit to the United States of America, under Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

26.    The forfeiture in this case may include entry of a forfeiture money judgment against the defendants in an amount up to the value of the property subject to forfeiture for the violations of conviction.

27.    If, by any act or omission of the defendants, the proceeds of the offenses cannot be located upon the exercise of due diligence, have been transferred, sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially

diminished in value, or have been commingled with other property

which cannot be divided without difficulty, the United States of

America shall seek to forfeit substitute property under Title 21, United

States Code, Section 853(p), as incorporated by Title 28, United States

Code, Section 2461(c), up to the value of the forfeitable property

described above.

JEROME F. GORGON JR.
United States Attorney


JOHN K. NEAL
Assistant U.S. Attorney
Chief, Anti-Corruption Unit


RYAN A. PARTICKA
Assistant United States Attorney


T. PATRICK MARTIN
Assistant United States Attorney

Date: August 26, 2025

11

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>2:25−cr−20649 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ **Yes**       ☒ **No** | **AUSA's Initials:**  R.P. |

**Case Title:** USA v.  Zina Thomas and Jontae Jackson

**County where offense occurred :**  Wayne

**Check One:**       ☒ **Felony**             ☐ **Misdemeanor**             ☐ **Petty**

_____Indictment/_____Information ---  **no** prior complaint.
_____Indictment/ ✓ Information ---  based upon prior complaint [**Case number:** 24-MJ-30062            ]
_____Indictment/_____Information ---  based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____       **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| D1: Zina Thomas<br>D2: Jontae Jackson | D1:18 U.S.C. §666(a)(2)<br>D2: 18 U.S.C. § 371;<br>18 U.S.C. § 1028A | 24-MJ-30062 |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

August 26, 2025
Date

*/s/Ryan Particka*
Ryan Particka
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9100

E-Mail address: ryan.particka@usdoj.gov

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.