UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff(s),<br><br>v.<br><br>D-2 JONTAE JACKSON,<br><br>      Defendant(s). | Case No. 25-cr-20649<br><br>Honorable Robert J. White |

**PRELIMINARY ORDER FOR FORFEITURE**

Based upon defendant Jontae Jackson's ("defendant") conviction for violating 18 U.S.C. § 371; specifically, Conspiracy to Commit Federal Program Bribery (Count Two) and Aggravated Identify Theft in violation of 18 U.S.C. § 1028A (Count Three), the defendant's Rule 11 Plea Agreement, this Application for a Preliminary Order of Forfeiture, and other information in the record, and pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**:

   1.   The defendant shall forfeit to the United States, without contest, her interest in any all property, real or personal, which constitutes or is derived,

directly or indirectly, from proceeds traceable to the defendant's participation, in violations of 18 U.S.C. § 371 (Conspiracy to Commit Federal Program Bribery).

2.  A personal forfeiture money judgment in the amount of **Twenty Thousand Five Hundred Seventy-Five Dollars and 00/100 ($20,575.00)**, representing an amount of proceeds the defendant obtained as a result of the offense of conviction, from her violations of 18 U.S.C. § 371 is granted and entered against the defendant, in favor of the United States of America.

3.  The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under control of the Defendant.  To further satisfy the money judgment, the defendant explicitly agrees to the forfeiture of any assets she has now, or may later acquire, as substitute assets under 21 U.S.C. § 853(p)(2) and waives and relinquishes her rights to oppose the forfeiture of substitute assets under 21 U.S.C. § 853(p)(1) or otherwise.

4.  The provisions of this Order will survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this Order. The forfeitability of any particular property pursuant to this Order shall be determined as if the defendant had survived, and that determination shall be binding upon the defendant's heirs, successors, and assigns until the forfeiture money judgment amount is collected in full.

5.  Pursuant to Fed. R. Crim. P. 32.2(b), this Preliminary Order of Forfeiture shall become final as to the defendant upon entry and the personal forfeiture money judgment shall be made part of the defendant's sentence and included in her Judgment.

6.  The Court shall retain jurisdiction to enforce this order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

SO ORDERED.

Dated: January 23, 2026

s/Robert J. White
Robert J. White
United States District Judge